IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY B. QUINN and | : | CIVIL ACTION |
| BRYNLEY QUINN | : | NO. 14-4281 |
| | : | |
| v. | : | |
| | : | |
| STATE FARM FIRE AND | : | |
| CASUALTY COMPANY | : | |

## **ORDER**

AND NOW, this 6th day of October, 2015, upon consideration of plaintiffs' motion for unredacted discovery (Dkt. No. 19), defendant's response (Dkt. No. 20) and plaintiffs' supplemental brief (Dkt. No. 21), it is ORDERED that plaintiffs' motion for unredacted discovery is DENIED. The arbitration clerk is directed to reschedule the arbitration hearing in this case.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.